UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LUKE DAVIS; et al.,

Plaintiffs-Respondents,

v.

LABORATORY CORPORATION OF AMERICA HOLDINGS, and Does 1-10,

Defendant-Petitioner.

No. 22-80053

D.C. No.
2:20-cv-00893-FMO-KS
Central District of California,
Los Angeles

ORDER

Before: BRESS and VANDYKE, Circuit Judges.

Petitioner's motion for leave to file a reply in support of the petition for permission to appeal (Docket Entry No. 6) is granted. Petitioner's reply has been filed.

The court, in its discretion, grants the petition for permission to appeal the district court's order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).